# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| JUSTIN DANIEL CAISALITIN ROCHA, § § § *Petitioner*, § § v. § § PAMELA BONDI, ATTORNEY § GENERAL, KRISTI NOEM, § SECRETARY, U.S. DEPARTMENT OF § HOMELAND SECURITY, TODD M. § LYONS, ACTING DIRECTOR OF § IMMIGRATION AND CUSTOMS § ENFORCEMENT, and DAVID § EASTERWOOD, ACTING § DIRECTOR, ST. PAUL FIELD § OFFICE IMMIGRATION AND § CUSTOMS ENFORCEMENT, § § *Respondents*. § | No. 3:26-CV-00307-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 12, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 10.